U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 16 2013
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANTELLE LEIGH MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-542-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Shantelle Leigh Martinez is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits and supplemental security income under the Social Security Act. On July 23, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until August 6, 2013, in which to file and serve any written objections thereto. Plaintiff filed her objections on July 30, 2013, and defendant filed a response on August 13, 2013. After a thorough study of the record, the magistrate judge's proposed findings and

conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decisions of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on July 31, 2008, plaintiff, Shantelle Leigh Martinez, is not disabled under sections 216(i) and 223(d) of the Social Security Act, and that, based on the application for supplemental security income protectively filed on July 31, 2008, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and are hereby, affirmed.

SIGNED September 16, 2013.

JOHN MCBRYDE
United States District Judge

2